# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BASIL E. GORDON,

    Plaintiff,

v.                                       Case No: 6:23-cv-779-RBD-EJK

CAPITAL ONE SERVICES, LLC,

    Defendant.

_____

## ORDER

This cause is before the Court *sua sponte*. Plaintiff's Amended Complaint was due on Tuesday, May 16, 2023, but none was filed (Doc. 11). As such, the Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 19, 2023.



ROY B. DALTON JR.
United States District Judge